**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION

| | | |
|---|---|---|
| FLORENCE ROARK | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | NO: 4:06CV00043   SWW |
| CITY OF COTTON PLANT, ET AL. | * | |
| | * | |
| Defendants | * | |
| | * | |

## **ORDER**

On January 12, 2006, Plaintiff filed this lawsuit under 42 U.S.C. § 1983 against Defendants Archie Roark, the Chief of Police of Cotton Plant; Cleotis Smith, the Mayor of Cotton Plant; and Raymond Milton, a Cotton Plant auxiliary police officer.  Plaintiff sues Defendants in their official and individual capacities.  On June 19, 2006, Defendants' attorney, Nga C. Ostoja-Starzeewski of the Arkansas Municipal League, filed a motion to withdraw as counsel.  The Court granted the motion to withdraw and directed Defendants to notify the Court whether they intend to proceed *pro se* in this case or whether they have obtained new counsel. Separate Defendant Cleotis Smith responded to the Court's order by letter, stating in part as follows:

> I gave the Municipal League attorney one half their fees early this year, but couldn't pay the remaining half, so they withdrew.  I am going to contact them and find out if I give them the remainder of their fee will they once again represent us.

Docket entry #23.

The Court is unable to continue this case indefinitely while Defendants attempt to obtain

counsel.  Accordingly, Defendants have up to and including December 29, 2006 in which to notify the Court whether they have obtained counsel.  Thereafter, the Court will enter a new scheduling order and this case will go forward.

       IT IS SO ORDERED THIS 11TH DAY OF DECEMBER, 2006.

                                                   /s/Susan Webber Wright
                                                   UNITED STATES DISTRICT JUDGE